Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 12−42965−kw**

**In re:**

Manuel S Perez
12 Woodview Avenue
Youngstown, OH 44512

Jacquelyn S Perez
12 Woodview Avenue
Youngstown, OH 44512

**Social Security No.:**

xxx−xx−4371

xxx−xx−5305

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Michael D Buzulencia is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** April 18, 2013
Form ohnb136

/s/ Kay Woods
United States Bankruptcy Judge